IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AARON LAMONT JOHNSON, #190394, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:14-CV-579-MHT |
| ) | [WO] |
| ) | |
| ) | |
| CHERYL PRICE, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

It is a rule of this court that if, after considering a prisoner's affidavit for leave to proceed *in forma pauperis* and relevant financial information, it is determined that the prisoner is financially able to pay the applicable filing fee, he must do so.  Upon consideration of the fact that the petitioner had $100.43 in his prison account at the time he filed this petition, it is the opinion of the Magistrate Judge that the petitioner is able to pay the $5.00 filing fee.  Accordingly, it is

ORDERED that on or July 2, 2014 the petitioner shall forward to the Clerk of this Court the $5.00 filing fee.  It is further

ORDERED that except to the extent that payment is required under this order the petitioner's motion for leave to proceed *in forma pauperis* is hereby GRANTED.

**The petitioner is hereby advised that it is his responsibility to submit the appropriate paperwork to the prison account clerk for transmission of his funds to this court for payment of the filing fee**.  If the funds have been dispersed from the petitioner's prison account and are not now available to him for payment of the fee, the petitioner shall so advise the court.  The petitioner is cautioned that if he fails to comply with this order the

Magistrate Judge will recommend that his petition be dismissed.

    Done this 12th day of June, 2014.


                                  /s/   Terry F. Moorer
                          TERRY F. MOORER
                          UNITED STATES MAGISTRATE JUDGE