IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AARON LAMONT JOHNSON,        )
                             )
    Petitioner,              )
                             )      CIVIL ACTION NO.
    v.                       )       2:14cv579-MHT
                             )
WARDEN CHERYL PRICE, et al., )
                             )
    Respondent.              )
```

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court that as follows:

(1) Petitioner's objections (doc. no. 8) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 7) is adopted.

(3) This case is transferred to the United States District Court for the Northern District of Alabama.

(4) The clerk of the court is to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 31st day of July, 2014.

                 /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE